UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:20-CR-106-PPS-JEM ) |
| JOHNNY LAMAR SAWYER, | ) ) |
| Defendant. | ) ) |

# ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Johnny Lamar Sawyer's agreement to enter a plea of guilty to Count 2 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 60.] Following a hearing on the record on May 12, 2022 [DE 64], Judge Martin found that Sawyer understands the charges, his rights, and the maximum penalties; that Sawyer is competent to plead guilty; that there is a factual basis for his plea; and that Sawyer knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept Sawyer's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Johnny Lamar Sawyer's plea of guilty, to which both parties have

waived any objection, the Court hereby **ADOPTS** the findings and recommendation [DE 64] in their entirety.

Defendant Johnny Lamar Sawyer is adjudged **GUILTY** of Count 2 of the Indictment, a charge of possession with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1).

The sentencing hearing is set for **November 1, 2022 at 10:00 a.m. Hammond / Central Time.**

**SO ORDERED.**

ENTERED: August 31, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT
